UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 5:14CR74-RLV** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | **TO DISMISS INDICTMENT** |
| **DONALD EUGENE CUNNINGHAM** | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, and the United States Attorney's Office.

Signed: March 18, 2015

Richard L. Voorhees
United States District Judge